# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:  TIFFANIE NICOLE REED | }  CHAPTER 13 |
| | } |
| | }  CASE NO. A12-70326-PWB |
| DEBTOR(S) | } |
| | }  JUDGE BONAPFEL |

## CHAPTER 13 TRUSTEE'S MOTION FOR DETERMINATION OF CLAIM STATUS

COMES NOW, Mary Ida Townson, Standing Chapter 13 Trustee, and files this Motion for Determination of Claim Status and shows the Court as follows:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on August 13, 2012. The plan was confirmed by the Court on November 2, 2012. The confirmed plan provides for a zero percent (0%) dividend to unsecured creditors.

2.

On November 24, 2014, Majr Financial filed a secured proof of claim in the amount of $4,728.00 (Claim No. 20 on the Court's Claims Register).

3.

The confirmed Chapter 13 plan fails to provide for the treatment of this claim.

4.

Because the plan fails to provide for the treatment of this claim, the Trustee is unable to properly administer this plan.

WHEREFORE, based on the foregoing, the Chapter 13 Trustee respectfully moves the Court for an order determining the status of the claim of Majr Financial and for such other and further relief as the Court may deem just and proper.

Respectfully submitted this  20th   day of January, 2015.

_____/s_____
Brandi L. Kirkland
Attorney for the Chapter 13 Trustee
Georgia Bar Number 423627
191 Peachtree Street, N.E., Suite 2200
Atlanta, Georgia 30303-1740
(404) 525-1110
brandik@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:  TIFFANIE NICOLE REED         } CHAPTER 13
                                     }
                                     } CASE NO. A12-70326-PWB
  DEBTOR(S)                          }
                                     } JUDGE BONAPFEL

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that MARY IDA TOWNSON has filed an Motion to Determine Claim Status.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the motion in **Courtroom 1401**, United States Courthouse, 75 Spring Street, Atlanta, Georgia at **10:00 A.M. on February 25, 2015.**

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is **Clerk, United States Bankruptcy Court, Suite 1340, 75 Spring Street, S.W., Atlanta, GA   30303,** and a copy furnished to the party listed below:  c/o Chapter 13 Trustee, Mary Ida Townson, Suite 2200, 191 Peachtree St., N.E., Atlanta, GA  30303.

_____/s/_____
Brandi L. Kirkland
Attorney for the Chapter 13 Trustee
Georgia Bar Number 423627
191 Peachtree Street, N.E., Suite 2200
Atlanta, Georgia 30303-1740
(404) 525-1110
brandik@atlch13tt.com

A12-70326-PWB

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served

DEBTOR(S):

Tiffanie Nicole Reed
2300 Telluride Drive
Douglasville, GA 30135

ATTORNEY FOR DEBTOR(S):

The Digiulio Law Firm, LLC
2985 Gordy Parkway
Suite 108
Marietta, GA 30066

CREDITOR(S):

Anne Ramirez
Account Representative
Majr Financial
P.O. Box 281269
Lakewood, CO 80228

in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This   20th   day of January, 2015.


      /s/
Brandi L. Kirkland
Attorney for the Chapter 13 Trustee
Georgia Bar Number 423627
191 Peachtree Street, N.E., Suite 2200
Atlanta, Georgia 30303-1740
(404) 525-1110
brandik@atlch13tt.com